UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Robin L. Eldridge

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Connecticut

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Connecticut

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Connecticut

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the District of Connecticut

8. Defendants (check Defendants against whom Complaint is made):

    ☒ C.R. Bard Inc.

    ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

    ☐ G2® Express Vena Cava Filter

    ☐ G2® X Vena Cava Filter

    ☒ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

    ☐ Denali® Vena Cava Filter

    ☐ Other: _____

11. Date of Implantation as to each product:

    April 23, 2013

12. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:  Strict Products Liability – Manufacturing Defect

2

| | | | |
|---|---|---|---|
| 1 | ☒ | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| 3 | ☒ | Count III: | Strict Products Liability – Design Defect |
| 4 | ☒ | Count IV: | Negligence – Design |
| 5 | ☒ | Count V: | Negligence – Manufacture |
| 6 | ☒ | Count VI: | Negligence – Failure to Recall/Retrofit |
| 7 | ☒ | Count VII: | Negligence – Failure to Warn |
| 8 | ☒ | Count VIII: | Negligent Misrepresentation |
| 9 | ☒ | Count IX: | Negligence *Per Se* |
| 10 | ☒ | Count X: | Breach of Express Warranty |
| 11 | ☒ | Count XI: | Breach of Implied Warranty |
| 12 | ☒ | Count XII: | Fraudulent Misrepresentation |
| 13 | ☒ | Count XIII: | Fraudulent Concealment |
| 14 | ☒ | Count XIV: | Violations of Applicable Connecticut Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| 16 | ☐ | Count XV: | Loss of Consortium |
| 17 | ☐ | Count XVI: | Wrongful Death |
| 18 | ☐ | Count XVII: | Survival |
| 19 | ☒ | Punitive Damages | |
| 20 | ☒ | Other(s): All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact including for the following: (please state the facts supporting this Count in the space immediately below) | |

On April 23, 2013, Ms. Eldridge had a Bard Eclipse filter implanted in her inferior vena cava.  The filter has penetrated the caval wall.  As a result, Ms. Eldridge has suffered damages in an amount to be proven at trial.

3

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 12th day of January 2018.

**GALLAGHER & KENNEDY, P.A.**

By: */s/ Paul L. Stoller*
   Robert W. Boatman
   Mark S. O'Connor
   Paul L. Stoller
   Shannon L. Clark
   C. Lincoln Combs
   2575 East Camelback Road
   Phoenix, Arizona 85016-9225

*Attorneys for Plaintiff*